# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

EDDIE HAMPTON,

        Petitioner,

v.

DEBRA DEXTER, Warden,

        Respondent.

Case No. EDCV 08-0531-SVW (JTL)

**JUDGMENT**

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed without prejudice.

DATED: 8/13/08

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE